132 So.2d 251

MERCANTILE LIFE INSURANCE CO.

v.

Drenard G. JOHNSON.

6 Div. 747.

Supreme Court of Alabama.

June 29, 1961.

S. P. Keith, Jr., Birmingham, for petitioner.

Bishop & Morris, Birmingham, opposed.

MERRILL, Justice.

Petition of Mercantile Life Insurance Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Mercantile Life Ins. Co. v. Johnson, 132 So.2d 248.

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.

130 So.2d 205

Jesse C. MITCHELL

v.

STATE of Alabama.

7 Div. 543.

Supreme Court of Alabama.

May 11, 1961.

MacDonald Gallion, Atty. Gen., and Jerry L. Coe, Asst. Atty. Gen., for petitioner.

Raymond Murphy, Florence, opposed.

LIVINGSTON, Chief Justice.

Petition by the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Mitchell v. State of Alabama, 130 So.2d 198.

Writ denied.

LAWSON, STAKELY and MERRILL, JJ., concur.